Certified Mail Receipt#_____
Incorporated by reference as if fully in writing

Date: October 16th, 2016 a.d.
File in accordance with Title
18 U.S.C. Subsec. 2013



Benyiahia Hebbar
c/o: 2190 E. Mesquite Ave
Pahrump, Nevada Republic

# UNITED STATES DISTRICT COURT
## for the DISTRICT OF Nevada

Parties:
BENYIAHIA HEBBAR           )

    Affiant,           )

UNTIED STATES OF AMERICA, )
    Minh Pham, d/b/a Agent

    Respondents, )
_____)

Counterclaim to Complaint
By Special Appearance
Case No. 2:16-mj-00564-NJK

Count I – Possession of a machinegun in violation of 26 USC 5861(d) and 5871

## AFFIDAVIT of COUNTERCLAIM

Indeed no more than affdiavit is necessary to make a prima facie case.

**RE:**   Counterclaim, Fraud, Jurisdiction

    I, <u>Benyiahia Hebbar</u>, Beneficiary, am of legal age, am competent for stating matters set forth herein, have full subject matter jurisdiction over the regarding, have first hand personal knowledge of the facts, everything stated is true, correct, and complete under pains of perjury. ALL RIGHTS RESERVED. Without Prejudice.

    **COUNTERCLAIM**: ON or about <u>August 12th, 2016 A.D</u>. I was defrauded by the UNITED STATES OF AMERICA through Minh Pham, d/b/a Agent under color of law to intentionally defraud Me by knowingly and willfully bring a fraudulent charge against Me to defraud a government official stating under Oath and penalty of perjury I possessed an unregistered machine-gun.

## INTENT:

1. I intend to seek full settlement and closure of this matter;
2. I intend to provide and receive full disclosure;
3. I intend to be a peaceful entity with all;
4. I do not intend to harm, harass, defraud, threaten, or commit a crime of violence against anyone;
5. I intend to receive all certified documentation requested;
6. I intend to exhaust all opportunity for remedy in the Admiralty;
7. I intend to perform in accord with Public Law to settle this matter;
8. I intend to receive a written response in a legal timely manner.

## INQUIRY

*I am not in receipt of any CERTIFIED documentation from Respondents that;*

1. I received notice I was under a Federal Investigation;
2. I am or have every been a government employee or government official;
3. I have a written agreement not to purchase commodities with the federal government;
4. There is an agreement that makes it illegal for Me to purchase a commodity [firearm];
5. I have in some way affected interstate commerce;
6. I have somehow traveled across a state line with a firearm;
7. Any transaction including US currency or money was exchanged;
8. I have conformed to the elements of a crime without a victim;
9. I have in some way committed an offense;
10. My rights may be violated without My consent;
11. You may use an inoperable object and classify it as a firearm if it does not "fire";
12. Respondents may commit fraud against Me;
13. Respondents may use coercive fabrications to create a jurisdictional element;
14. I may be defrauded by Respondents and its Agents;
15. Respondents or a victim have certified any charges into record;
16. My liberties may be restricted under color of law without cause;
17. Respondents have shown good cause for violating My rights;
18. Respondents/Agent may lie when I verbally request from them if they are affiliated with law enforcement in any way;
19. Respondents/Agent may request banking information from the bank intending to defraud Me;
20. Respondents may make presentment without Consideration;
21. Respondents may come to equity with unclean hands;
22. Respondents may withhold tax information involving this instant matter;
23. Respondents may write a demand for payment in bad faith;
24. I was on Federal land at any point throughout this fraudulent investigation;
25. I am subject to these Statutes in the demand for payment indictment offer;
26. They have presented *Proof of Claim.*

**NOTICE:** Please provide certified documentation for the above. Anything left unanswered will be intentionally misleading and silence can only equate with fraud where there is legal and moral duty to speak.

## FACTS:

1. I was not provided notice I was under a federal investigation;
2. I am not a government employee nor have I been at any time;
3. I have No written or verbal agreement with Respondents to not purchase commodities or a firearm;
4. I have NOT affected interstate commerce or carried anything from one state or place to another;
5. I have NOT exchanged an US currency with Respondents for a firearm;
6. After investigating this charge does NOT fit the elements of a crime without a victim;
7. I am NOT a felon or a ex-felon to be a prohibited person from purchasing a firearm;
8. I have NOT given consent/agreement to violate My rights;
9. My liberties are being restrained under color of law;
10. No victim has certified any formal charges into the record in open Court;
11. I have NOT received a certified offer for Acceptance or rejection;
12. On or about August 12th, 2016 a.d. Respondent(s)/Agent placed an inoperable object into My traveler which I did NOT request;
13. I never received possession of any object from the Respondent /Agent nor did I move from position upon Agent dumping the object with Me;
14. I expressed to Respondent/Agent on recorded conversation by Respondent/Agent I was NOT receiving the object nor did I know what to do with it;
15. The Respondents/Agents records indicate they did NOT have jurisdiction or good cause to violate My rights;
16. The Respondents/Agents records express their actions were outside of lawful authority;
17. The Respondents/Agents recorded actions and conversations show clear malicious intent to conspire against Me to harm Me;
18. On Respondents/Agent recording I asked in French, My original language, did Respondents/Agent have any affiliation with the cops or law enforcement in any way and I was told "No" by Respondents/Agent.

Nothing further at this time saith Affiant.

<u>It is My belief and best considered judgment no documentation exists, but if you find My position to be in error please send your answer to location above.</u>

## CAVEAT

    This may only be Negotiated between the Parties of record in blue ink signature within 21 days. Upon default 10 days will be allowed from the date of receipt and filing by the Clerk, after which Summary Default Judgment will be pursued and by tacit agreement you will agree to the terms of being placed on a Financing Statement and that My claim is Superior and Paramount with No Adverse Claims. I look forward to your prompt response and co-operation of My terms which are 1.) Release of My Property (My name and Currency), and 2.) My Sentient Being, and 3.) No Retaliation from anyone in any agency affiliated with you in any way.

Respectfully Submitted,

By, /s/ _____
Benyiahia Hebbar, Beneficiary

_____
Notary Public

June 11, 2019
My Commission Ends

Official SEAL


BRIAN TITSWORTH
NOTARY PUBLIC - NEVADA
NYE COUNTY
APPT. No 15-2078-14
MY APPT. EXPIRES JUNE 11, 2019

## **AFFIDAVIT OF SERVICE**

## **CERTIFICATE OF SERVICE**

I, **BENYIAHIA HEBBAR**, Beneficiary, certify that I transferred custody of My legal mail to the staff of this C.C.A. to be taken and delivered to the U.S. Postal Service for deposit with the Clerk of the Court located @ 333 Las Vegas Blvd. So., Las Vegas Nevada Republic [89101].

**Enclosed**: AFFIDAVIT OF COUNTERCLAIM
CLAIM OF FRAUD
JURISDICTIONAL CHALLENGE

Dated this 21 day of October, 2016 A.D.

Respectfully Submitted,

By, /s/ _____
Benyiahia Hebbar, Beneficiary



NSDC
2190 E Mesquite Ave
Pahrump, NV 89060

LEGAL MAIL

CLERK OF THE COURT
333 Las Vegas Blvd South
Las Vegas, NV 89101